**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10059 |
| Plaintiff - Appellee, | D.C. No. 2:08-CR-00435-GMS |
| v. | |
| JOSE VICTOR QUIROA-ARIAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Jose Victor Quiroa-Arias appeals from his guilty-plea conviction and 46-

month sentence for illegal reentry after deportation, in violation of 8 U.S.C.

§ 1326.  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Quiroa-Arias'
counsel has filed a brief stating there are no grounds for relief, along with a motion
to withdraw as counsel of record.  We have provided Quiroa-Arias the opportunity
to file a pro se supplemental brief.  No pro se supplemental brief or answering brief
has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.
75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district
court's judgment is **AFFIRMED.**